IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTER WATER AUTHORITY** | : | |
| Appellant | : | Case No. 25-cv-1114-MRP |
| v. | : | |
| **CITY OF CHESTER, PENNSYLVANIA** | : | |
| Appellee | : | |
| In re: | : | Case No. 22-13032-AMC |
| **CITY OF CHESTER, PENNSYLVANIA,** | : | |
| Debtor. | : | |

## ORDER

**AND NOW,** this 4th day of September, 2025, upon consideration of Appellee's Motion to Dismiss (ECF No. 7), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
HON. MIA R. PEREZ