UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2783**

In re: CITY OF CHESTER PENNSYLVANIA,
                Debtor

CHESTER WATER AUTHORITY,
                Appellant

(E.D. Pa. No. 2:25-cv-01114)

Present: HARDIMAN, SCIRICA and AMBRO, *Circuit Judges*

1. Motion by Appellee City of Chester to Vacate Bankruptcy Court Orders and Dismiss Appeal

2. Response by Appellant Chester Water Authority to Motion to Vacate Bankruptcy Court Orders and Dismiss Appeal

3. Reply Response by Appellee to Motion to Vacate Bankruptcy Court Order and Dismiss Appeal.

                                                     Respectfully,
                                                     Clerk/clw/dwb

_____ORDER_____

      The foregoing Motion by Appellee City of Chester is **denied** with respect to the request to vacate the Bankruptcy Court orders and **granted** as to the request to dismiss the appeal**.**

                                                       By the Court,

                                                     s/ Thomas L. Ambro
                                                   Circuit Judge

Dated: February 17, 2026
cc:    Nicholas J. Brannick, Esq.
       Tobey M. Daluz, Esq.

Appeal No. 25-2783
In Re: City of Chester Pennsylvania
Page 2

cc:  Laurel D. Roglen, Esq.
     Matthew G. Summers, Esq.
     Margaret A. Vesper, Esq.
     Cynthia Filipovich, Esq.
     Andrew K. Garden, Esq.
     Jeffrey M. Harris, Esq.
     Julius I. Kairey, Esq.
     Kevin D. Kent, Esq.
     Rachael C.T. Wyrick, Esq.
     Nicholas J. Brannick, Esq.
     Tobey M. Daluz, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate